IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTEEN WILLIAMS,<br><br>            Plaintiff,<br><br>vs.<br><br>STEUBE,<br><br>            Defendant. | 4:24CV3076<br><br>**MEMORANDUM AND ORDER** |

On April 24, 2024, a Notice of Appeal, Filing No. 2, was purportedly filed by Plaintiff Justeen Williams ("Plaintiff") seeking to appeal the Court's February 28, 2024, Order, Filing No. 1, returning materials submitted and signed by Plaintiff's mother, Earnestine Williams Newson. On April 25, 2024, the Court directed Plaintiff to notify the Court within 30 days if she did not sign and file the Notice of Appeal and does not want to pursue an appeal. Plaintiff filed a letter on May 10, 2024, in response to the Court's order stating that she did not file an appeal and did not sign any legal papers. Filing No. 5. Plaintiff asks the Court to "dismiss any type of papers, or motions being filed on [her] behalf." *Id*.

Because Plaintiff did not file the Notice of Appeal, the Court will close this matter and no appeal will be processed.

IT IS THEREFORE ORDERED that:

1. Plaintiff's request to dismiss the Notice of Appeal that she did not file is granted.

2. The Clerk of the Court is directed to strike the Notice of Appeal from the Court's records and not to process the appeal.

2

3. The Clerk of the Court is further directed to close this case for statistical purposes.

Dated this 24th day of May, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge